Omar Blake ROWLAND

v.

STATE.

No. 28250.

Court of Criminal Appeals of Texas.

April 18, 1956.

▆▆▆▆▆▆▆▆▆▆▆▆

Runge, Hardeman, Smith & Foy, San Angelo, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is speeding; the punishment, a fine of $50.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.